IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Deon E. James,<br><br>    Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | No. CV-24-03248-PHX-SPL<br><br>**ORDER** |

  Plaintiff filed a Complaint (Doc. 1), challenging the denial of his disability insurance benefits under the Social Security Act. The Honorable James F. Metcalf, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 21), recommending that the Court affirm the Administrative Law Judge's ("ALJ") decision. Judge Metcalf advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to do so could be considered a waiver of the right to review (Doc. Doc. 21 at 21) (citing *U.S. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)). Plaintiff filed Objections (Doc. 22), and Defendant filed a Response (Doc. 23).

  A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). When a party files a timely objection to an R&R, the district judge reviews *de novo* those portions of the R&R that have been "properly objected to." Fed. R. Civ. P. 72(b). A proper objection requires specific written objections to the findings and recommendations in the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); 28 U.S.C. § 636(b) (1). It

follows that the Court need not conduct any review of portions to which no specific objection has been made. *See Reyna-Tapia*, 328 F.3d at 1121; *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985) (discussing the inherent purpose of limited review is judicial economy). Further, a party is not entitled as of right to *de novo* review of evidence or arguments which are raised for the first time in an objection to the R&R, and the Court's decision to consider them is discretionary. *United States v. Howell*, 231 F.3d 615, 621-622 (9th Cir. 2000).

The Court has carefully undertaken an extensive review of the sufficiently developed record. Plaintiff's objections to the findings and recommendations have also been considered.

After a thorough review, Judge Metcalf concluded there was no reversible error in the ALJ's decision regarding the opinion of Plaintiff's treating rheumatologist, Dr. Carolyn Pace. (Doc. 21 at 7–20). After conducting a *de novo* review of the issues and objections, the Court reaches the same conclusions reached by the magistrate judge. The R&R will be adopted in full. Accordingly,

**IT IS ORDERED** that Magistrate Judge Metcalf's Report and Recommendation (Doc. 21) is **accepted** and **adopted** by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (Doc. 22) are **overruled**.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of the Social Security Administration is **affirmed**.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment accordingly and terminate this case.

Dated this 6th day of February, 2026.

Honorable Steven P. Logan
United States District Judge